■ In the Matter of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Respondent, v. CITY OF NEW YORK, Appellant.— Order entered July 14, 1967, unanimously reversed on the law, without costs or disbursements, and the motion to enlarge petitioner-respondent's time within which to file notice of claim against respondent-appellant City of New York denied. Special Term was without authority to grant the application under pertinent statutory provisions (General Municipal Law, § 50-e) nor, indeed, was any substantial reason advanced to excuse delay in filing. The claim for.pain and suffering avails not as a device for extending the time within which to file, arising as it did simultaneously with the claim for wrongful death (*Joseph* v. *McVeigh,* 285 App.

Div. 386, affd. 309 N. Y. 877). Concur — Capozzoli, J. P., McGivern, Markewich, McNally and Steuer, JJ.